```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamar Brown,

                Plaintiff,

-against-

Sandy Spin Slade, Inc.,

                Defendant.

1:22-cv-08992 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, it is hereby ORDERED that Plaintiff shall file a letter regarding the status of service and settlement on Tuesday, February 21, 2023.

**SO ORDERED.**

DATED:    New York, New York
                January 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge